IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **RIFAT MUHAMETAJ,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:16-cv-217-O |
| **PERFORMANCE FOOD GROUP OF TEXAS,** | § § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  *See* ECF No. 29.  No objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are accepted as the findings of the Court.  Thus, this case is **WITHDRAWN** from Magistrate Judge Ray and **REFERRED** to the Honorable Mark Mullin, who is currently presiding over Case No. 11-46875-mxm13, a related case in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division.

**SO ORDERED** on this **5th day** of **October, 2016**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**